IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

```
RODERICK BO JACKSON,          )
                              )
     Plaintiff,               )
                              )
v.                            )    CASE NO. CV414-259
                              )
AL ST. LAWRENCE, TIMOTHY      )
RUFFINI, TERRANCE JACKSON,    )
CLARK GRANT, and KEVIN GROGAN,)
                              )
     Defendants.              )
                              )
```

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 6), to which no objections have been filed. After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 27th day of May 2015.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA