AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

Roderick Bo Jackson

JUDGMENT IN A CIVIL CASE

v.   CASE NUMBER: CV414-259

Al St. Lawrence et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated May 27, 2015, adopting the Report and Recommendation of the Magistrate Judge as the opinion of this Court; dismissing this case without prejudice. This action stands closed.

May 27, 2015  
*Date*

Scott L. Poff  
*Clerk*

(By) Deputy Clerk

GAS Rev 10/1/03